Submitted September 29, reversed and remanded for entry of judgment including the findings required by ORS 138.640(1) December 14, 2016

JOEL JENSEN,
*Petitioner-Appellant,*

*v.*

Jeff PREMO,
Superintendent,
Oregon State Penitentiary,
*Defendant-Respondent.*

Marion County Circuit Court
11C14659; A158134

385 P3d 1276

Jed Peterson and O'Connor Weber LLP filed the opening brief for appellant. Joel Jensen filed the supplemental brief *pro se.*

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Rebecca M. Auten, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Egan, Judge, and Lagesen, Judge.

## PER CURIAM

In this post-conviction appeal, petitioner challenges the denial of his petition for relief. We reject his first assignment of error without written discussion,[1] writing only to address petitioner's remaining assignment in which he asserts that the form of the post-conviction judgment did not comply with ORS 138.640(1), as construed in *Datt v. Hill*, 347 Or 672, 227 P3d 714 (2010). Defendant concedes that the judgment was not *Datt* compliant, namely because the judgment does not clearly state the legal basis for the post-conviction court's denial of petitioner's claims for relief. *See Soderstrom v. Premo*, 274 Or App 624, 629, 360 P3d 1272 (2015), *rev den*, 358 Or 550 (2016) (concluding that "the judgment's reference to the state's trial memorandum does not render it compliant with *Datt*"). We agree and accept defendant's concession. Consequently, we reverse and remand for the court to enter a new judgment that complies with ORS 138.640(1).

Reversed and remanded for entry of judgment including the findings required by ORS 138.640(1).

---

[1] Additionally, we reject without written discussion defendant's contentions raised in his *pro se* supplemental brief.